## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS,
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **SMOKERS EXPRESS WINE & SPIRIT LLC,** | § § § | |
| **Plaintiff,** | § | |
| **vs.** | § | |
| | § | **Case No. 1:19-cv-00425** |
| **AmGUARD INSURANCE COMPANY, VERICLAIM, INC., and NONA LOFTUS,** | § § § § | |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

Defendants AmGUARD Insurance Company ("AmGUARD") and VeriClaim, Inc. ("Vericlaim") (collectively, "Defendants") submit this Notice of Removal to the United States District Court for the Eastern District of Texas, Beaumont Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

1.      On August 13, 2019, Plaintiff Smokers Express Wine & Spirit, LLC ("Plaintiff") filed a Petition in the 128th Judicial District Court of Orange County, Texas, Case No. A190310-C. (**Exhibit 1.**)  Plaintiff asserts claims against Defendants and codefendant Nona Loftus for breach of an insurance contract, violations of the Texas Insurance Code, breach of the duty of good faith and fair dealing, fraud, and a derivative conspiracy claim. *Id.*

2.      AmGUARD was served with process on August 21, 2019, when it received a Summons and Plaintiff's Petition through its registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. (*Id.*)

3.     Vericlaim was served with process on August 19, 2019, when it received a Summons and Plaintiff's Petition.

4.     Nona Loftus has not yet been served.

5.     This Notice of Removal is timely filed within 30 days of August 19, 2019, as required by 28 U.S.C. § 1446(b).  Furthermore, this removal is being filed less than one year after this lawsuit was commenced in state court.  Thus, this Notice also complies with the timeliness requirements of 28 U.S.C. § 1446(c)(1).

6.     The United States District Court for the Eastern District of Texas, Beaumont Division embraces Orange County, Texas, in which the state court action is now pending.  Thus, this lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

7.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between Plaintiff and Defendants; (2) the amount in controversy exceeds $75,000, exclusive of interests and costs; and (3) all other requirements for removal have been satisfied.

8.     The citizenship of limited liability companies is determined based upon the citizenship of the company's members. *Underwood Res., LLC v. Brigadier Oil & Gas, LLC*, 3:15-CV-1024-L, 2015 WL 11120876, at *2 (N.D. Tex. June 18, 2015) (quoting *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008)).

9.     For purposes of diversity jurisdiction, a corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1).

10.     A natural person is a citizen of the state where he or she is domiciled, and "the place of residence is prima facie the domicile."  However, citizenship requires not only residence, but

the "purpose to make the place of residence one's home." *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 313 (5th Cir. 2019) (quoting *State of Texas v. State of Florida*, 306 U.S. 398, 59 S. Ct. 563, 83 L. Ed. 817 (1939) (internal quotations omitted)).

11.     Plaintiff is a Texas limited liability company.  It has two members: Asifali A. Momin, who is a citizen of Texas, domiciled at 4260 Highway 365, #230, Port Arthur, Texas 77642, and Saiyed Maredia, who is also a citizen of Texas, domiciled at 7660 Priya Boulevard, Nederland, TX 77627.  (See **Exhibits 2-4**, Registered Agent Information, Plaintiff's Certificate of Amendment, and 2018 Texas Franchise Tax Public Information Report, all on file with Texas Secretary of State, as of August 28, 2019.)

12.     AmGUARD is a corporation that is both incorporated, and has its principal place of business in, Pennsylvania.  Therefore, it is a citizen of Pennsylvania.

13.     Vericlaim, Inc. is incorporated in the State of Delaware, and has its principal place of business at 1100 Ridgeway Loop Rd., Floor 2, Memphis, Tennessee 38120.  Therefore, it is a citizen of Delaware and Tennessee. (**Exhibit 5.**)

14.     Though Nona Loftus has not yet been served, she is a citizen of Pennsylvania, who is domiciled and resides at 47 Forest Road, Mountain Top, Pennsylvania 18707.

15.     The amount in controversy exceeds $75,000.00.  Plaintiff pleads that it seeks monetary relief over $1,000,000.00, and has demanded actual damages, punitive damages, attorneys' fees, taxable costs, and 18% interest.  Plaintiff claims that its attorney's fees and expenses alone, through trial, "will be approximately $100,000.00 to $350,000.00." *See* **Exhibit 1, ¶¶ 7, 55-61.**

16.     On August 28, 2019, AmGUARD filed its general denial to Plaintiff's Petition in state court; therefore, pursuant to Fed.R.Civ.P. 81(c)(2), it is not required to file another responsive pleading in this Court.

17.     On September 6, 2019, AmGUARD filed its general denial to Plaintiff's Petition in state court; therefore, pursuant to Fed.R.Civ.P. 81(c)(2), it is not required to file another responsive pleading in this Court.

18.     Pursuant to 28 U.S.C. § 1446(d), this Notice has been sent to all parties and has been filed with the state court clerk's office. Defendants have also included a copy of the state court docket sheet with this Notice, as required by LCvR81.2(a). (**Exhibit 6**.)  No hearing has been set in state court.

19.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon AmGUARD and Vericlaim are also submitted. (**Exhibit 7.**)

WHEREFORE, Defendants hereby remove this action from the 128th Judicial District Court of Orange County, Texas to the United States District Court for the Eastern District of Texas, Beaumont Division.

Dated: September 15, 2019

Respectfully submitted,

**GORDON & REES**

*/s/ Robert A. Bragalone*
**ROBERT A. BRAGALONE**
State Bar No. 02855850
BBragalone@grsm.com
**B. RYAN FELLMAN**
State Bar No. 24072544
RFellman@gordonrees.com

2200 Ross Avenue, Suite 4100W
Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)

**ATTORNEYS FOR DEFENDANT
AMGUARD INSURANCE COMPANY**

**SHACKELFORD, BOWEN, MCKINLEY &
NORTON, LLP**

*/s/ Bruce R. Wilkin*
Bruce R. Wilkin
Texas Bar No. 24053549
bwilkin@shackelford.law
Tim Redden Jr.
State Bar No. 24099654
tredden@shackelford.law
717 Texas Ave, 27th Floor
Houston, Texas 77002
Tel: 832-415-1801
Fax: 832-415-1095

**ATTORNEYS FOR DEFENDANT
VERICLAIM INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2019, a copy of the foregoing was filed with the United States District Court for the Eastern District of Texas via the Court's CM/ECF system, and that the foregoing will be sent on September 16, 2019 to the Orange County District Clerk via Certified Mail, at the following address:

District Clerk Vickie Edgerly
Orange County District Clerk
801 W. Division Avenue
Orange, Texas 77630

*/s/ Robert A. Bragalone*
**ROBERT A. BRAGALONE**